AUGUSTA J. HART et al., Appellants, *v.* INTERBOROUGH NEWS COMPANY et al., Respondents, et al., Defendants.

Argued April 3, 1951; decided May 17, 1951.

*Lewis W. Isaacs, Jr.,* and *Raymond E. Burdick* for appellants.

*Archie O. Dawson* and *William Rockefeller* for Interborough News Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.